LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-4731 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| PAUL SENYONGA, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Paul Senyonga, in the principal amount of $2,381.77 plus interest accrued to May 22, 2012, in the sum of $2,645.79; with interest accruing thereafter at 5% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$5,027.56**.

DATED:   6/22/2012         By: TERRY NAFISI
                               Clerk of the Court
                               L. RAYFORD
                               _____
                               Deputy Clerk
                               United States District Court